# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Felix Edens,<br>　　　　Plaintiff,<br>　vs.<br>Red Cedar Associates,<br>　　　　Defendant. | Case No.: 2:17-cv-01321-MCE-CKD<br>**ORDER** |

The Court, having read and considered the Plaintiff's Motion for Extension of Time to File Dismissal, and for good cause shown, that Motion is hereby GRANTED. The deadline to file dismissal documents is extended to January 10, 2018.

IT IS SO ORDERED.

Dated: November 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE